IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
APR 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:20CR330 |
| ) | |
| PLAINTIFF, ) | JUDGE JOHN R. ADAMS |
| ) | |
| vs. ) | |
| ) | VERDICT FORM – Count 1 |
| GREGORY RALSTON, ) | (Distribution of Fentanyl) |
| ) | |
| DEFENDANT. ) | |

With respect to Count 1 of the Indictment, in which defendant Gregory Ralston is charged with knowingly and intentionally distributing a mixture and substance containing a detectable amount of fentanyl, we, the jury, having been duly impaneled and sworn, find defendant Gregory Ralston: __Guilty__ (in ink, write "Guilty" or "Not Guilty")

Each of us jurors concurring in said verdict signs his/her name hereto on this __20th__ day of __April__, 2023.

*** ONLY COMPLETE THIS FORM IF YOU RESPONDED GUILTY TO COUNT 1***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR330 |
| | ) | |
| PLAINTIFF, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | SPECIAL VERDICT FORM – Count 1 (Bodily Injury Question) |
| GREGORY RALSTON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

With respect to Count 1 of the Indictment, do you unanimously find that the Government proved beyond a reasonable doubt that serious bodily injury resulted from the use of the fentanyl:

__No__ (in ink, write "Yes" or "No")

Each of us jurors concurring in said verdict signs his/her name hereto on this __20th__ day of __April__, 2023.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR330 |
| | ) | |
| PLAINTIFF, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | VERDICT FORM – Count 2 |
| GREGORY RALSTON, | ) | (Possession with Intent to Distribute) |
| | ) | |
| DEFENDANT. | ) | |

With respect to Count 2 of the Indictment, in which defendant Gregory Ralston is charged with knowingly and intentionally possessing with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, we, the jury, having been duly impaneled and sworn, find defendant Gregory Ralston: __Guilty__ (in ink, write "Guilty" or "Not Guilty")

Each of us jurors concurring in said verdict signs his/her name hereto on this __20th__ day of __April__, 2023.